# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MARJORIE A. OLMSTEAD GROGG,**

    Plaintiff,
v.        CASE NUMBER: 5:11-CV-1381 (NAM/TWD)

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation (Dkt. No. 14) of United States Magistrate Judge Thérèse Wiley Dancks is adopted and accepted. It is further ORDERED that plaintiff's motion for judgment on the pleadings is DENIED. It is further ORDERED that defendant's motion for judgment on the pleadings is GRANTED. It is further ORDERED that the Commissioner's determination is AFFIRMED. It is further ORDERED that the case is dismissed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 31st day of March, 2014.

DATED: March 31, 2014

                                                  Clerk of Court

                                    By: s/ Nicole Killius
                                        Deputy Clerk